# MILLER, LEIBY & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

32 Broadway, 13th Floor • New York, NY 10004
Tel 212.227.4200 • Fax 212.504.8369 • MillerLeiby.com

February 18, 2015

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201
Courtroom: N504—North Wing

> Re:   ROSA A. CORREA DE NORAT v. THE PORT
> AUTHORITY OF NEW YORK AND NEW
> JERSEY, JETBLUE AIRWAYS CORPORATION
> and ROMA CLEANING, INC.
> No.: 13-cv-5424      (S.D.N.Y. filed July 16, 2014)

Dear Magistrate:

    I write to advise the court that plaintiffs' counsel has informed me that as of todays date, he cannot confirm whether or how an EBT of his client can take place. He states he will let me know tomorrow February 19, 2015, and that it may entail a physician's writing that due to a heart surgery she cannot appear?

    This is yet to be ascertained.

    This is written to appraise the court of these circumstances.

Very truly yours,
Miller, Leiby & Associates, P.C.

BY: _____
Edwin F. Lambert, Esq.

cc:
**Via Facsimile (718) 651-8635**
Eugene D. Zinbarg, ESQ
Zinbarg, Emmanuel & Associates
Attorneys At Law
82-15 Northern Blvd.
Jackson Heights, New York 11372

EFL/ar